UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                              RE:    OMNES, Virgilio Baniaga
                                        Docket Number:   1:96CR05086-003
                                        PERMISSION TO TRAVEL
                                        <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Luzon Province, Manila, Philippines. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 20, 1998, Virgilio Baniaga Omnes was sentenced for the offense(s) of 21 USC 841(a)(1) and 18 USC 1956 (a)(1)(B)(i).

**Sentence imposed:** 97 months BOP, 60 months TSR, $100 S.A.. Special conditions: Search, DAPS, Not to possess paging device or cell phone w/o P.O. permission.

**Dates and Mode of Travel:** Depart December 12, 2005, and return January 7, 2006. Travel via Philippines airline.

**Purpose:** Visit relatives

**RE:   Omnes, Virgilio Baniaga**
   Docket Number:   1:96CR05086-003
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Thomas A. Burgess

**Thomas A. Burgess**
**Senior United States Probation Officer**

**DATED:**   October 11, 2005
   Bakersfield, California
   TAB

**REVIEWED BY:**   /s/ Rick C. Louviere

**Rick C. Louviere**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ____X____          Disapproved _____

October 19, 2005                              /s/ OLIVER W. WANGER

**Date**                                      **Oliver W. Wanger**
                                              **United States District Judge**

2

Rev. 03/2005
TRAVELOC.MRG