PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:96CR05086-003** |
| ) | |
| **VIRGILIO BANIAGA OMNES** ) | |
| ) | |

On April 20, 1998, the above-named was placed on Supervised Release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS
Senior United States Probation Officer**

Dated:   August 23, 2007
         Bakersfield, California
         TAB:ks

**REVIEWED BY:**   /s/ Rick C. Louviere
                  **RICK C. LOUVIERE
                  Supervising United States Probation Officer**

**Re:   Virgilio Baniaga OMNES**
      **Docket Number:   1:96CR05086-003**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   September 18, 2007**           /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE